Case 4:23-cv-00254   Document 14   Filed on 03/13/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 13, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TREVOR KEENER, § § § Plaintiff, § § VS. § § GILLMAN NORTH, INC. dba GILLMAN § AUTO GROUP, dba GILLMAN ACURA § OF HOUSTON, § § Defendant. § | CIVIL ACTION NO. 4:23-CV-00254 |

### ORDER

The parties in this case have filed a Joint Stipulation of Dismissal with Prejudice. ECF No. 13. In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, fees, and expenses. The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 13th day of March, 2024.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE